### BARNDOLLAR et al. *v.* PATTON.

Deficiencies in the record cannot be supplied by *ex parte* affidavits. An application to have a sheriff amend his return to a writ of summons must be addressed to the court below.

*Error to County Court of Pueblo County.*

Mr. T. T. PLAYER, for plaintiff in error, now moved to strike from the files of this cause an affidavit of defendant in error purporting to correct the sheriff's return to the summons in the court below.

Mr. JOHN W. HORNER, *contra.*

*Per Curiam.*    The motion in this case must be allowed. Deficiencies in the record cannot be supplied by *ex parte* affidavits. · If the defendant in error desires to have the sheriff amend his return, he must apply to the court below. ·

The affidavit might be considered in support of a motion for a stay of proceedings in this court until such application could be made, but there is no such motion interposed, and the affidavit must be stricken from the files.

The case of *De Armond et al.* v. *Adams et al.,* 25 Ind. 457, cited by the defendant in error, does not lay down any different practice as is claimed.

*Motion allowed.*